THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

1/15/2016

ANTHONY KEVIN FIELDS
FEC NO 18555-083
FCI BECKLEY

Civil Action NO. 5:15-cv-09187



FILED
JAN 21 2016
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

JOE COAKLEY et al.
WARDEN
FCI BECKLEY

# COMPLAINT

I Anthony Fields is Filing this pro se complaint on the Fact that the defendant in my 1331 lawsuit are trying hard to set me up and Frame me by keep me in Special Housing For long time keep me in cell with inmates that will lie For them and keeping my legal materials From me that in my property the staff keep moving me From room to room try to get the best way to set me up then on 12/27/2015 the put me in cell 226 a Front look at the gate through window said to myself I was not even Finish the 21 days in cell #112 we were 14 days I know they are try to put a lie together to put a false case together to keep me From my Freedom Freedom to keep me From get out and geting a attorney to sue like they are doing in here by not giving me my legal call and keeping me From phone they are try to Frame me on a new charge

Won't let me make Attorney calls Refuse to give me or let me see public Phone book so I can get a attorney this a Never Reason Staff Keeping here for so long in special housing so they can keep violating my right

FCI Beckley need a way out brought me in to this prison illegally and they are try to find a way out and refuse to document my Medical that why I can't see a Doctor or get a outside hospital I wake up sick put in request to see Doctor the assisted that come they be harassing, not try to help they can control who I can see or witness my problem why they try to Find there way out Frame me or what so I am ask the Court to investigated in to why my rights are being violated to kt long time in special housing take to long to transfer when I was the one got hurt try to cover it up.

Witness by this is being mail out  Ruby _____
27065051
1-15-16

Anthony Fulton
18585-683
1/15/2016

Anthony Fields
14555-083
FCI Beckley
Federal Correctional Institution
P.O. Box 350
Beaver, WV 25813

LEGAL MAIL

Clerk of the
U.S. District Court
Southern District of West Virginia
110 N. Heber Street Room 110
Beckley, WV 25801